NELLIE A. G. VOUGHT, Appellant, *v.* EASTERN BUILDING AND LOAN ASSOCIATION OF SYRACUSE, Respondent.

(Submitted January 5, 1903; decided January 13, 1903.)

Motion for reargument denied, with ten dollars costs. (See 172 N. Y. 508.)

---

FRANCES C. SCHUYLER, as Administratrix of FRED C. SCHUYLER, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

Reported below, 68 App. Div. 650.
(Argued January 5, 1903; decided January 13, 1903.)

MOTION to withdraw appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 17, 1902, reversing a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial and granting a new trial.

*M. C. Spratt* for motion.

*John J. Ryan* opposed.

Motion denied, with ten dollars costs, but without prejudice to a renewal upon additional papers.